# United States District Court
## District of Maryland

RECEIVED
U.S. MARSHAL
BALTIMORE MD

UNITED STATES OF AMERICA

v.

Trealane Lamont Bennett

**FILED**

JAN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

WARRANT FOR ARREST

Case No. PJM 06-CR-0269

08-060-M-01

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Trealane Lamont Bennett</u> and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him/her with *(brief description of offense)*

The defendant failed to attend substance abuse treatment and testing on 10/10/07, 10/17/07, 10/24/07, 10/31/07 in violation of additional condition #1 which states that the defendant shall participate in substance abuse treatment and testing

The defendant failed to report to the probation officer on October 24, 2007 and October 31, 2007 in violation of the standard condition #2

in violation of Title United States Code, Section(s)

<u>Felicia C. Cannon</u>
Name of Issuing Officer

(By) Deputy Clerk

<u>Clerk, U.S. District Court</u>
Title of Issuing Officer

<u>November 16, 2007    Greenbelt, MD</u>
Date and Location

Bail fixed at $ <u>No Recommendation</u>

by <u>Peter J. Messitte, United States District Judge</u>
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at   1/30/08 |

U.S DISTRICT COURT (Rev. 12/98)

U.S. Probation and Pretrial Services
# MEMORANDUM

DATE:  November 6, 2007

TO:  The Honorable Peter J. Messitte
U.S. District Judge

FROM:  Leticia Trevino
Senior U.S. Probation Officer

RE:  BENNETT, Trealane Lamont
Docket No : PJM- 06-0269
Exp. Date: 12/24/2007

SUBJ:  Notice of Violation - Warrant Requested

08-060-M-01

RECEIVED IN THE CHAMBERS OF
PETER J. MESSITTE

NOV 14 2007

UNITED STATES DISTRICT JUDGE

Sentencing Information:
On May 5, 2000, Trealane Lamont Bennett appeared before in the Southern District of West Virginia for sentencing subsequent to conviction for the offense of Conspiracy to Distribute Crack Cocaine. He was sentenced to the Custody of the Attorney General for a period of 48 months, with 4 years Supervised Release to follow, with the following conditions imposed: 1) Substance Abuse Treatment and Testing; 2) $100 Special Assessment

Supervision began on December 25, 2003.

Transfer of Jurisdiction from the Southern District of West Virginia to Maryland was completed on February 23, 2006

Adjustment to Supervision/Violations Alleged:
While on supervision in the District of Maryland, Mr. Bennett's adjustment has been marginal. Two violation reports were previously submitted to the court charging Mr. Bennett with failure to submit monthly report forms, failure to report change in employment, failure to submit urines samples, failure to report to the probation officer and providing false information to the probation officer.

A hearing was held in the Southern District of West Virginia on February 16, 2006 and he was ordered to be continued on supervision.

Mr. Bennett continued in his noncompliance and a report was submitted on August 8, 2006 requesting a modification of conditions to include placement in the Sanctions Center Program for up to 180 days.

Mr. Bennett entered the Sanctions Center Halfway House Program at Hope Village on October 17, 2006. He became eligible for and began the Home Confinement with Electronic Monitoring portion of the Sanctions Center Program on January 26, 2007.

He continued to use drugs and on March 14, 2007 we reported several positive urine results and requested a warrant. Your Honor agreed and a warrant was issued.

LT
11/14/07

BENNETT, Trealane Lamont
Violation Report- Warrant Request
Page 2

On April 30, 2007 at a Violation of Supervised Release Hearing, Mr. Bennett admitted his guilt. The Court ordered that Mr. Bennett continue on supervision with the added modification of home confinement with electronic monitoring for 30 days.

Mr. Bennett successfully completed the 30 days of Home Confinement with Electronic Monitoring and Sanctions Center Program on May 30, 2007.

He was ordered to continue participating in the outpatient substance abuse treatment program at ADR in Forestville, MD, attending group and providing urine testing every Wednesday evening.

We regret to inform you that Mr. Bennett has failed to attend outpatient treatment and testing. He has failed to report to the probation officer as directed and his current whereabouts are unknown.

Based on the above, this officer alleges the following violations of supervision:

1. The defendant failed to attend substance abuse treatment and testing on 10/10/07, 10/17/07, 10/24/07, 10/31/07 in violation of the additional condition of supervision #1 which states that the defendant shall participate in substance abuse treatment, testing and counseling.

2. The defendant failed to report to the probation officer on October 24 and October 31, 2007 in violation of the standard condition.

Recommendation:

As a result of the alleged violation behavior noted above, we respectfully request that a warrant be issued for the arrest of Trealane Bennett.

I have attached a Form 12 for the Court to execute, should Your Honor concur.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3874

Mr. Bennett's last known address is

Mr. Bennett was represented at the recent hearing on April 30, 2007, by Matt Kaiser of the Office of the Federal Public Defender

The Government was represented at the recent hearing on April 30, 2007, by Chan Park, AUSA

Attachment

# United States District Court
## for the
### DISTRICT OF MARYLAND

08-060-M-01

> * Statutory maximum term of imprisonment upon revocation is 3 years pursuant to 18 U.S.C. § 3583(e)(3)

U.S.A. vs. Trealane Lamont Bennett                Docket No.: PJM-06-0269

### Petition on Supervised Release

COMES NOW Leticia Trevino PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Trealane Lamont Bennett** who was placed on supervision for a **Class B felony\***, by the Honorable Joseph R. Goodwin, U.S. District Judge, sitting in the court at Charleston, West Virginia, on the 5th day of May, 2000 who fixed the period of supervision at **4 year(s) \*\***, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

\*\* Committed to custody of Bureau of Prisons for 48 months followed by supervised release for a term of 4 year(s);

1. Substance Abuse Treatment and Testing
2. $100 Special Assessment

Transfer of Jurisdiction from Southern District of West Virginia to Maryland was completed on February 23, 2006.

Modification dated August 8, 2006 to include participation in the Sanctions Center Program for up to 180 days.

Violation Hearing, April 30, 2007: Continue on supervision with the added condition of 30 days of Home Confinement with Electronic Monitoring.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

WHEREAS: The defendant failed to attend substance abuse treatment and testing on 10/10/07, 10/17/07, 10/24/07, 10/31/07 in violation of additional condition #1 which states that the defendant shall participate in substance abuse treatment and testing.

WHEREAS: The defendant failed to report to the probation officer on October 24, 2007 and October 31, 2007 in violation of the standard condition #2.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Trealane Lamont Bennett for alleged violations of supervised release.

ORDER OF COURT

Considered and ordered as prayed this 15 day of _____, 2007 and ordered filed and made a part of the records in the above case.

_Peter J. Messitte_
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_Leticia Trevino_, Senior U.S. Probation Officer

Date   November 6, 2007

Reviewed and Approved By

_Leon O. Epps_
Leon Epps, Supervisory U.S. Probation Officer

Place  Greenbelt, Maryland