Return Copy

**United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001**
Date: 2/20/08

FILED _____ ENTERED _____
LODGED _____ RECE_____

FEB 2 1 2008

CLERK U S DISTRICT
DISTRICT OF MARYLAND
By _____ DEPU

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: U.S. DISTRICT COURT DISTRICT OF MARYLAND
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770

FILED
FEB 27 2008
Clerk, U.S. District and
Bankruptcy Courts

RE: Magistrate Case 08-60
USA v. TREALANE LAMONT BENNETT

Dear Clerk of the Court:

  Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | |
|---|---|
| Docket Sheet* | Warrant of Removal* |
| Violation of Probation | Order of Removal |
| Minute Order Appointing Counsel | Detention Order |
| Corporate Surety Bond | Waiver of Removal* |
| Personal Surety Bond | |
| Other: Blotters* | |

  Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                              Sincerely yours,

                              Nancy Mayer-Whittington,
                              Clerk of the Court

                              By: Harry Jackson
                                  Deputy Clerk